PROVIDENCE BANK, Respondent,

v.

CENTRAL BANK OF MISSOURI–COLUMBIA, Appellant.

No. WD 74465.

Missouri Court of Appeals, Western District.

July 24, 2012.

Beverly Weber, Scott Brinkman, Desarae Harrah, Kansas City, MO, for Appellant.

Jonathan Browning, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Central Bank of Missouri–Columbia appeals the trial court's judgment denying its motion to dismiss and granting summary judgment in favor of Providence Bank.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).